In re Estate of James McCormick, deceased.
Alta N. Gingrich, appellee, v. Joseph McCormick, administrator of the estate of James McCormick, deceased, appellant. Gen. No. 35,442.

Opinion filed May 4, 1932.
Thomas A. Walpole and George L. Reker, for appellant. No appearance for appellee.
Mr. Justice Friend delivered the opinion of the court.

Wilbur S. Trader, appellee, v. Winifred T. Trader, appellant. Gen. No. 35,451.

Opinion filed May 4, 1932.
Andrew W. Sexton, for appellant; Fred J. McManus, of counsel. Harry X. Cole, for appellee; Cohon & Goldstein, of counsel.
Mr. Justice Friend delivered the opinion of the court.

Mildred Ressler, appellant, v. Foreman-State National Bank, appellee. Gen. No. 35,517.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.
Harrington & McDonnell, for appellant; Joseph T. Harrington, of counsel. D'Ancona, Pflaum & Kohlsaat, for appellee.
Mr. Justice Friend delivered the opinion of the court.

James Konz, appellee, v. Towle Nash Motor Sales, Inc., appellant. Gen. No. 35,563.

Opinion filed May 4, 1932.
Arthur A. Basse, for appellant. Armin G. Kusswurm, for appellee.
Mr. Justice Friend delivered the opinion of the court.